## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT OF KY
05 NOV 28 PM 3:58

| | |
|---|---|
| JUAN CARLOS ESPINOSA, JR., a minor ) | |
| by his Parent and/or Guardian, Jaun Carlos ) | |
| Espinosa, Sr. ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:03 CV 620 - S |
| ) | |
| ) | |
| UNITED STATES FIDELITY & ) | |
| GUARANTY COMPANY ) | |
| ) | |
| Defendant ) | |

### PLAINTIFF'S JURY INSTRUCTIONS

\*\*\*\*\*

Comes the Plaintiff, Juan Carlos Espinosa, Jr., by counsel, and hereby submits the following Jury Instructions:

### INSTRUCTION NO. 1

The Court finds as a matter of law that in operating the vehicle in the circumstances of this case, the driver failed to exercise ordinary care for the safety of other persons using the highway and that such failure was the sole proximate cause of the collision about which you have heard evidence. You will therefore proceed to Instruction No. 2 and determine from the evidence what damages, if any, the Plaintiff, Juan Carlos Espinosa, Jr. has sustained by reason of this collision.

HARGADON, LENTHAN, HARBOLT & HERRINGTON, PLLC
ATTORNEYS AT LAW
713 WEST MAIN STREET
LOUISVILLE, KENTUCKY 40202

## **INSTRUCTION NO. 2**

You will determine from the evidence and award the Plaintiff, Juan Carlos Espinosa, Jr., such sums of money that will fairly and reasonably compensate her for such of the following damages you believe she has sustained by reason of this collision:

    a) Medical, hospital and related expenses incurred to date;

    b) Impairment of power to labor and earn money in the future;

    c) Pain, suffering, mental anguish and inconvenience endured to date; and,

    d) Pain, suffering, mental anguish and inconvenience likely to be endured in the future.

(You may use the Verdict Form in connection with this Instruction).

## VERDICT FORM

We, the jury, have determined from the evidence that the Plaintiff, Juan Carlos Espinosa, Jr., should be awarded the following damages:

a)  Medical, hospital and related expenses incurred to date        $ _____
    (not to exceed $51,831.81)

b)  Impairment of power to labor and earn money in the future     $ _____
    (not to exceed $50,000.00)

c)  Pain, suffering, mental anguish and inconvenience endured
    to date and likely to endure in the future                     $ _____
    (not to exceed $250,000.00)

**TOTAL:**                                                         $ _____

_____
FOREPERSON

_____        _____

_____        _____

_____        _____

_____        _____

_____

Tendered by:

HARGADON, LENIHAN
& HERRINGTON, PLLC

_____
CHRISTOPHER H. MORRIS
713 West Main Street
Louisville, KY 40202
(502) 583-9701

## CERTIFICATE

It is hereby certified that a copy of the foregoing instrument was mailed on this 28th day of November, 2005, to:

Alison O. Wildman
THOMPSON, MILLER, & SIMPSON
600 West main Street, Suite 500
Louisville, Kentucky 40202

_____
CHRISTOPHER H. MORRIS